IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KURTIS LEE BROWN, )
)
    Plaintiff, )
)
v. ) CASE NO. CV418-036
)
STATE OF GEORGIA, MICHAEL L. )
KARPF, GREG L. MCCONNELL, and )
LOUISA ABBOT, )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 20), to which objections (Doc. 21) have been filed. After careful consideration, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, Plaintiff's Motion to Proceed In Forma Pauperis (Doc. 2) is **DENIED** and Plaintiff's complaint (Doc. 1) is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 28th day of September 2018.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA